LAW OFFICES OF JOHN L. FALLAT
JOHN L. FALLAT (State Bar No. 114842)
999 Fifth Avenue, Suite 590
San Rafael, CA 94901-2994
Telephone: (415) 457-3773
Facsimile: (415) 457-2667
Email: jfallat@fallat.com

Attorneys for Plaintiff
STEPHEN ECHOLS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN ECHOLS<br><br>Plaintiff,<br><br>vs.<br><br>MORPHO DETECTION, INC., UNITED STATES DEPARTMENT OF HOMELAND SECURITY, TRANSPORTATION SECURITY AGENCY, JANET NAPOLITANO, in her official capacity as Secretary of Homeland Security<br><br>Defendants. | Case No. C12-01581 LB<br><br>**ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT**<br>**[FRCP 15(a)(2)]**<br><br>JURY TRIAL DEMANDED |

The plaintiff Stephen Echols and the defendant Morpho Detection, Inc. having stipulated to allow the plaintiff to file a First Amended Complaint, good cause appearing, IT IS HEREBY ORDERED:

The plaintiff shall be permitted to file the First Amended Complaint in the form attached hereto as Exhibit 1.

DATED: 10/12/2012

_____
HON. CLAUDIA WILKEN
United States District Judge

ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT
[FRCP 15(a)(2)]

1