MELINDA L. HAAG (CSBN132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
JUAN D. WALKER (CSBN 208008)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6915
Facsimile:  (415) 436-6748
Email: juan.walker@usdoj.gov
Attorneys for the Federal Defendants

L. JULIUS M. TURMAN (SBN 226126)
PHILIP J. SMITH (SBN 232462)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Telephone: 415.442.1000
Facsimile: 415.442.1001
Email:  jturman@morganlewis.com
        philip.smith@morganlewis.com
Attorneys for Defendant
MORPHO DETECTION, INC.

JOHN L. FALLAT (SBN 114842)
LAW OFFICES OF JOHN L. FALLAT
999 Fifth Avenue, Suite 590
San Rafael, CA 94901-2994
Telephone: 415.457.3773
Facsimile: 415.457.2667
Email: jfallat@fallat.com

Attorneys for Plaintiff
STEPHEN ECHOLS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CMC SCHEDULED FOR JANUARY 2, 2013

1

| | |
|---|---|
| STEPHEN ECHOLS<br><br>    Plaintiff,<br><br>vs.<br><br>MORPHO DETECTION, INC., UNITED STATES DEPARTMENT OF HOMELAND SECURITY, TRANSPORTATION SECURITY AGENCY, JANET NAPOLITANO, in her official capacity as Secretary of Homeland Security<br><br>    Defendants. | CASE NO.: C12-01581 CW<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE SCHEDULED FOR JANUARY 2, 2013<br><br>Date: January 2, 2013<br>Time: 2:00 p.m.<br>Dept.: 2<br><br>Judge: Honorable Claudia Wilken |

  THE PARTIES, by and through their respective counsel who represent that they have full authority to execute this stipulation on behalf of their respective clients, defendants United Stated Department of Homeland Security, the Transportation Security Agency, and Janet Napolitano having agreed to file a responsive pleading no later than January 22, 2013, whereupon all parties in the case will have appeared, hereby stipulate to the continuance of the above-referenced Case Management Conference to occur after the aforementioned response date of January 22, 2013, and respectfully request that the Court continue same.

DATED:_____      \_\_\_\_\_/s/ John L. Fallat_____
                   JOHN L. FALLAT
                   Attorney for Plaintiff
                   STEPHEN ECHOLS

DATED:_____      \_\_\_\_\_/s/ L. Julius M. Turman_____
                   L. JULIUS M. TURMAN
                   PHILLIP J. SMITH
                   Attorney for Defendant
                   MORPHO DETECTION

                   MELINDA L. HAAG
                   United States Attorney

DATED:_____      \_\_\_\_\_/s/ Juan D. Walker_____
                   JUAN D. WALKER
                   Assistant United States Attorney
                   Attorneys for Federal Defendants

## [~~PROPOSED~~] ORDER

Pursuant to Stipulation and good cause appearing, IT IS HEREBY ORDERED:

The responsive pleading of the Federal Defendants will be filed on or before January 22, 2013. The Case Management Conference scheduled for January 2, 2013 shall be continued to Wednesday, February 6, 2013 at 2:00 p.m. in Courtroom 2.

DATED: 12/27/2012

*[signature]*
HON. CLAUDIA WILKEN
United States District Judge