NOTE: CHANGES MADE BY THE COURT

JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| **STEPHEN ECHOLS**, <br><br> Plaintiff, <br><br> v. <br><br> **MORPHO DETECTION, INC.; UNITED STATES DEPARTMENT OF HOMELAND SECURITY, TRANSPORTATION SECURITY AGENCY; and JANET NAPOLITANO, in her official capacity as Secretary of Homeland Security**, <br><br> Defendants. | Case No.: CV13-3162 JFW (JEMx) <br><br> **JUDGMENT** <br><br> RE: Federal Defendants' Motion for Summary Judgment, or in the Alternative, Summary Adjudication of Issues <br><br> Hon. John F. Walter <br> United States District Judge |

1     WHEREAS Federal Defendants—U.S. Department of Homeland Security, Transportation Security Administration, and Janet Napolitano, the former Secretary of the U.S. Department of Homeland Security—moved this Court for an order granting summary judgment, or in the alternative, summary adjudication of issues as regards Plaintiff Stephen Echols' claims that Federal Defendants violated the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 *et seq.*, as well as the Privacy Act, 5 U.S.C. § 522a *et seq.*

    WHEREAS the Court, having now considered the parties' memoranda of points and authorities, statements of uncontroverted facts and conclusions of law, the supporting declarations and evidence submitted therewith, as well as having considered all of the other pleadings, records, and documents on file in this action.

    WHEREAS the Court, having now issued an Order dated November 26, 2013, [Dkt. No. 96], detailing its ruling on the issues raised in Federal Defendants' motion, hereby decrees as follows:

    IT IS HEREBY ORDERED AND ADJUDGED that the Motion for Summary Judgment, or in the Alternative, Summary Adjudication of Issues brought by Federal Defendants as against Plaintiff Stephen Echols is GRANTED.

/ / /

/ / /

/ / /

1  JUDGMENT IS HEREBY ENTERED in favor of Federal Defendants. Federal Defendants shall file a motion for an award of attorney fees and/or costs within thirty (30) days of this judgment being entered if they intend on pursuing same. Likewise, the Plaintiff shall file a motion for an award of attorney fees and/or costs under FOIA or the Privacy Act within fourteen (14) days of the judgment being entered, despite his claims being rendered moot, if he intends on pursuing same.

**IT IS SO ORDERED.**

**Dated this 9th day of the month of December 2013.**

_____
THE HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE